| | |
|---|---|
| Michael J. Bowe<br>(*pro hac vice* application forthcoming)<br>mbowe@brownrudnick.com<br>Lauren Tabaksblat<br>(*pro hac vice* application forthcoming)<br>ltabaksblat@brownrudnick.com<br>BROWN RUDNICK LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801 | David M. Stein (#198256)<br>dstein@olsonstein.com<br>Olson Stein LLP<br>240 Nice Lane, #301<br>Newport Beach, California 92663<br>Telephone: (949) 887-4600 |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T.,<br><br>    Plaintiff,<br><br>v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>    Defendants. | CASE NO. 2:24-cv-04791<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

Plaintiff L.T. hereby files this Notice of Pendency of Other Actions or Proceedings under Central District of California Local Rule 83-1.4.

1. This case involves substantially the same subject matter as an action pending in the United States District Court for the Northern District of Alabama Western Division brought by Plaintiff Jane Doe #1, on behalf of herself and all others similarly situated. This action is captioned *Jane Doe #1 et al. v. MG Freesites LTD et al.*, Civil Action No. 7:21-cv-00220-LSC, filed February 11, 2021 and as amended on July 23, 2021 ("Alabama Class Action").

2. Plaintiffs in the Alabama Class Action are represented by the following counsel:

Gregor Zarzaur

Kelsie Marie Overton

THE ZARZAUR LAW FIRM

2332 Second Avenue North

Birmingham, Alabama 35203

T: (205) 983-7985

gregory@zarzaur.com

kelsie@zarzaur.com


Joshua P. Hayes

Daniel Blake Williams

PRINCE GLOVER HAYES

701 Mine Road

Tuscaloosa, Alabama 35406

T: (205) 345-1234

jhayes@princelaw.net

bwilliams@princelaw.net

| | |
|---|---|
| 1 | Kimberly Lambert Adams |
| 2 | LEVIN PAPANTONIO RAFFERTY PROCTOR BUCHANAN OBRIEN |
| 3 | 316 S. Baylen Street, Suite 600 |
| 4 | Pensacola, Florida 32502 |
| 5 | T: (850) 435-7056 |
| 6 | kadams@levinlaw.com |
| 7 | |
| 8 | Victor Paul Bucci, II |
| 9 | Gaateno Anthony D'Andrea |
| 10 | Jenny M. Flanigan |
| 11 | Jillian P. Roth |
| 12 | M. Stewart Ryan |
| 13 | Alexandria MacMaster |
| 14 | LAFFEY, BUCCI & KENT, LLP |
| 15 | 1100 Ludlow Street, Suite 300 |
| 16 | Philadelphia, Pennsylvania 19107 |
| 17 | T: (215) 399-9255 |
| 18 | pbucci@lbk-law.comgdandrea@lbk-law.com |
| 19 | jflanigan@lbk-law.com |
| 20 | jroth@lbk-law.com |
| 21 | sryan@lbk-law.com |
| 22 | amacmaster@lbk-law.com |
| 23 | |
| 24 | Benjamin W. Bull |
| 25 | Peter A. Gentala |
| 26 | Danielle M. Bianculli Pinter |
| 27 | Christen M. Price |
| 28 | NATIONAL CENTER ON SEXUAL EXPLOITATION |

| | |
|---|---|
| 1 | 1201 F Street NW, Suite 200 |
| 2 | Washington, D.C. 20004 |
| 3 | T: (202) 393-7245 |
| 4 | lawcenter@ncose.com |
| 5 | |
| 6 | Mark B. Schoeller |
| 7 | Joseph W. Jesiolowski |
| 8 | CONRAD O'BRIEN PC |
| 9 | Centre Square West Tower |
| 10 | 1500 Market Street, Suite 3900 |
| 11 | Philadelphia, Pennsylvania 19102 |
| 12 | T: (215) 864-9600 |
| 13 | mschoeller@conradobrien.com |
| 14 | jjeisolowski@conradobrien.com |
| 15 | |
| 16 | Vanessa Huber |
| 17 | Kevin D. Kent |
| 18 | CLARK HILL PLC |
| 19 | 2 Commerce Square, Ste. 2620 |
| 20 | Philadelphia, PA 19103 |
| 21 | T : (215) 640-8500 |
| 22 | vhuber@clarkhill.com |
| 23 | kkent@clarkhill.com |
| 24 | |
| 25 | James Michael Papatonio |
| 26 | LEVIN-PAPANTONIO |
| 27 | Post Office Box 1208 |
| 28 | Suite 400 |

1  Pensacola, FL 32591

2  T : (850) 435-7165

3  mpapantonio@levinlaw.com

4    3.    The Alabama Class Action is seeking damages and injunctive relief against defendants – (i) MG Freesites, Ltd., d/b/a "Pornhub", a foreign entity, (ii) MG Freesites II Ltd., a foreign entity, (iii) MindGeek S.A.R.L., a foreign entity, (iv) MindGeek USA, Incorporated, a Delaware corporation, (v) MG CY Holdings Ltd., a foreign entity, (vi) MindGeek Content RT Limited, a foreign entity, (vii) 9219-1568 Quebec Inc. d/b/a MindGeek, a foreign entity, and (viii) MG Billing Ltd., a foreign entity – based on allegations that defendants violated the TVPRA, specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which plaintiffs and members of the class were victims.  Further, plaintiffs allege that the defendants violated 18 U.S.C. §§ 2252 and 2252A by knowingly receiving, possessing, and distributing child pornography.  On December 19, 2023, the Court certified the following class under Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3):  "All persons who were under the age of 18 when they appeared in a video or image that has been made available for viewing on any website owned or operated by Defendants anytime from February 12, 2011, through the present."  (Dkt. 147., Memorandum of Opinion and Order Granting Plaintiff's Motion for Class Certification, *Jane Doe v. MG Freesites LTD et al.*, Civil Action No. 7:21-cv-00220-LSC (N.D. Ala. 2021)).

22    4.    This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California Southern Division brought by Plaintiff Jane Doe on behalf of herself and all others similarly situated.  This action is captioned *Jane Doe v. MindGeek USA Incorporated et al.*, Case No. 8:21-cv-00338-WLH-ADS, filed February 19, 2021 and as amended on May 5, 2023 ("California Class Action").

5. Plaintiff in the California Class Action is represented by the following counsel:

Davida P. Brook

Emily Kathleen Cronin

Halley Wilder Josephs

Krysta Kauble Pachman

Rohit D Nath

Nicholas Nathan Spear

Madeline Marie Yzurdiaga

SUSMAN GODFREY LLP

1900 Avenue of the Stars Suite 1400

Los Angeles, CA 90067

310-789-3100

310-789-3150 (fax)

dbrook@susmangodfrey.com

ecronin@susmangodfrey.com

hjosephs@susmangodfrey.com

kpachman@susmangodfrey.com

rnath@susmangodfrey.com

nspear@susmangodfrey.com

myzurdiaga@susmangodfrey.com

Christina M. Dieckmann

Amy B. Gregory

Tamar E. Lusztig

SUSMAN GODFREY LLP

One Manhattan West, 50th Floor

New York, NY 10001

5

CASE NO. 2:24-cv-04791

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

|    |                                           |
|----|-------------------------------------------|
| 1  | 212-729-2014                              |
| 2  | cdieckmann@susmangodfrey.com              |
| 3  | agregory@susmangodfrey.com                |
| 4  | tlusztig@susmangodfrey.com                |
| 5  |                                           |
| 6  | Steve M. Cohen                            |
| 7  | POLLOCK COHEN LLP                         |
| 8  | 1111 Broadway Street Suite 1804           |
| 9  | New York, NY 10006                        |
| 10 | 212-337-5361                              |
| 11 | 347-696-1227 (fax)                        |
| 12 | scohen@pollockcohen.com                   |

6. The California Class Action is seeking damages and injunctive relief against defendants – (i) MindGeek USA, Incorporated, a Delaware corporation; (ii) MindGeek S.A.R.L., a foreign entity; (iii) MG Freesites, Ltd., d/b/a "Pornhub", a foreign entity; (iv) MG Freesites II Ltd., a foreign entity; (v) MindGeek Content RT Limited, a foreign entity; and (vi) 9219-1568 Quebec Inc. d/b/a MindGeek, a foreign entity – based on allegations that defendants violated the TVPRA, specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which plaintiff and members of the class were victims. Further, plaintiffs allege that the defendants violated 18 U.S.C. §§ 2252A and 2255 by knowingly receiving, possessing, and distributing child pornography. Plaintiff also asserts state statutory and common law violations. On November 17, 2023, the Court granted Plaintiff's Motion for Class Certification and certified under both Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) two classes. (Dkt. 209, Order Granting Plaintiff's Motion for Class Certification, *Jane Doe v. MindGeek USA Incorporated et al.*, Case No. 8:21-cv-00338-WLH-ADS

(C.D. Cal. 2021).)  The Court first certified a national class including "all persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years."  (Dkt. 107 at 44, ¶ 154.)  The Court next certified a subclass of "all persons residing in California who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years."  (*Id.* at ¶ 155.)

7. This case involves substantially the same subject matter as an action pending in the United States District Court for the Central District of California brought by Plaintiff Serena Fleites.  This action is captioned *Serena Fleites v. MindGeek S.a.r.l. et al.*, Case No. 2:21-cv-4920, filed June 17, 2021 and as amended on May 23, 2024 ("California Action").

8. Plaintiff in the California Action is represented by the following counsel:

>Michael J. Bowe
>(admitted *pro hac vice*)
>mbowe@brownrudnick.com
>Lauren Tabaksblat
>(admitted *pro hac vice*)
>ltabaksblat@brownrudnick.com
>BROWN RUDNICK LLP
>7 Times Square
>New York, NY 10036
>Telephone: (212) 209-4800
>Facsimile: (212) 209-4801

David M. Stein (#198256)

dstein@olsonstein.com

OLSON STEIN LLP

240 Nice Lane, #301

Newport Beach, California 92663

Telephone: (949) 887-4600

9. Plaintiff in the California Action is seeking damages and injunctive relief against defendants – (i) MindGeek S.a.r.l., (ii) MG Freesites, Ltd. d/b/a Pornhub ("Pornhub"), (iii) MindGeek USA Incorporated ("MindGeek USA"), MG Premium Ltd., (iv) MG Global Entertainment, Inc., and (v) 9219-1568 Quebec, Inc. (collectively "MindGeek"); (vi) Bernd Bergmair, (vii) Feras Antoon, and (viii) David Tassillo (Bergmair, together with Antoon and Tassillo, the "Individual Defendants," and together with MindGeek, the "MindGeek Defendants"); (ix) Visa Inc. ("Visa"); (x) Redwood Capital Management, LLC, (xi) Redwood Master Fund, LTD, (xii) Redwood Opportunity Master Fund, Ltd., (xiii) Manuel 2018, LLC, (xiv) Gingogerum, LLC, and (xv) White-Hathaway Opportunity Fund, LLC (collectively, "Redwood"); (xvi) Colbeck Capital Management, LLC, (xvii) CB Media Ventures LLC, (xviii) CB Agency Services, LLC, and (xix) CB Participations SPV, LLC (collectively "Colbeck") (Colbeck, together with the MindGeek Defendants, Visa, and Redwood, "defendants") – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations.

| | | |
|---|---|---|
| 1 | DATED: June 7, 2024 | Respectfully submitted, |
| 2 | | BROWN RUDNICK LLP |
| 4 | | By: /s/ Michael J. Bowe |
| 5 | | Michael J. Bowe |
| | | (*pro hac vice* application forthcoming) |
| 6 | | Lauren Tabaksblat |
| 7 | | (*pro hac vice* application forthcoming) |
| 8 | | *Attorneys for Plaintiff* |