## ATTACHMENT 1(a) TO CIVIL COVER SHEET

Defendants:
MINDGEEK S.A.R.L.

MG FREESITES LTD

MINDGEEK USA INCORPORATED

MG PREMIUM LTD

MG GLOBAL ENTERTAINMENT INC.

9219-1568 QUEBEC, INC.

BERND BERGMAIR

FERAS ANTOON

DAVID TASSILLO

VISA INC.

REDWOOD CAPITAL MANAGEMENT, LLC

REDWOOD DOE FUNDS 1-7

COLBECK CAPITAL MANAGEMENT, LLC

COLBECK DOE FUNDS 1-3