## ATTACHMENT 1(c) TO CIVIL COVER SHEET

Plaintiff's Attorneys:

Michael J. Bowe (*pro hac vice application forthcoming*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice application forthcoming*)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
Olson Stein LLP
240 Nice Lane, #301
Newport Beach, California 92663
Telephone: (949) 887-4600
Mobile: (949) 887-4600