AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| L.T.<br><br>*Plaintiff(s)*<br>v.<br>MINDGEEK S.A.R.L.,<br>(See Attachment 1)<br>*Defendant(s)* | Civil Action No. 2:24-cv-04791 JFW (PVCx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MINDGEEK S.A.R.L
32 Boulevard Royal
L - 2449 Luxembourg City, Luxembourg

(See Attachment 2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MICHAEL J. BOWE
BROWN RUDNICK LLP
7 Times Square, 47th Floor
New York, New York 10036
Tel: (212) 209-4800
mbowe@brownrudnick.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: 06/27/2024

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-04791

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T. v. MINDGEEK S.A.R.L., *et al.*
Case No. 2:24-cv-04791

ATTACHMENT 1 TO SUMMONS

L.T.,

    Plaintiff,

v.

MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,

    Defendants.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

L.T. v. MINDGEEK S.A.R.L., *et al.*
Case No. 2:24-cv-04791

ATTACHMENT 2 TO SUMMONS

DEFENDANTS TO BE SERVED

| |
|---|
| MINDGEEK S.A.R.L.<br>32 Boulevard Royal<br>L - 2449 Luxembourg City, Luxembourg |
| MG FREESITES LTD (D/B/A PORNHUB)<br>195-197 Old Nicosia-Limassol Road<br>Block 1 Dali Industrial Zone<br>Cyprus, 2540 |
| MINDGEEK USA INCORPORATED<br>21800 Oxnard Street, Suite 150<br>Woodland Hills, CA 91367<br><br>c/o CT Corporation System<br>818 West 7th Street, Suite 930<br>Los Angeles, CA 90017 |
| MG PREMIUM LTD<br>195-197 Old Nicosia-Liamassol Road<br>Block 1 Dali Industrial Zone,<br>Cyprus, 2540 |
| MG GLOBAL ENTERTAINMENT INC.<br>21800 Oxnard Street, Suite 150<br>Woodland Hills, CA, 91367-7909 |
| 9219-1568 QUEBEC, INC. (D/B/A MINDGEEK)<br>7777, Decarie Boulevard, Office 300<br>Montreal, Quebec, H4P 2H2 |

| |
|---|
| FERAS ANTOON<br>Rue du Baron Louis Empain<br>Sainte-Marguerite-du-Lac-Masson<br>Quebec, Canada<br>2XQ7+9H |
| DAVID TASSILLO<br>342 Rue Des Anemones<br>Laval, QC H7X 0C1, Canada |
| BERND BERGMAIR<br>70/F The Harbour View Place<br>APT, 1 Austin Road West<br>Hong Kong |
| VISA INC.<br>P.O. Box 8999<br>San Francisco, California 94128 |
| REDWOOD CAPITAL MANAGEMENT, LLC<br>250 W. 55th Street,<br>New York, New York 10019 |
| REDWOOD DOE FUNDS 1-7 |
| COLBECK CAPITAL MANAGEMENT LLC<br>888 Seventh Avenue, 29th Floor,<br>New York, New York 10106 |
| COLBECK DOE FUNDS 1-3 |