**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

L.T.

                          Plaintiff(s),

v.

MINDGEEK S.A.R.L. , et al.

                          Defendant(s).

CASE NUMBER:

2:24–cv–04791–WLH–ADS

**Notice of *Pro Hac Vice* Application Due**

TO: _____Drew Tulumello_____

A document recently filed in this case lists you as an out-of-state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear *Pro Hac Vice* in this case. Accordingly, within 5 business days of the date of this notice, you must do <u>one</u> of the following:

- Complete an Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Form G-64, available on the Court's website) and have your local counsel file the Application electronically. The applicable fee must be paid online at the time of filing.

- Complete the next section of this form, indicating the reason you are not required to file a *Pro Hac Vice* application in this case, and return this form by e-mailing it to cacd_attyadm@cacd.uscourts.gov.

If you are not required to file a *Pro Hac Vice* application in this case, indicate the reason:

[X]    I am an active member of the Bar of the United States District Court, Central District of California, admitted on or about ___8/14/2009_____. My California State Bar Number is __196484_____.

[ ]    I am employed by the U.S. Department of Justice. (Please note that if you are an out-of-state federal government attorney <u>not</u> employed by the Department of Justice, you are required to file a *Pro Hac Vice* application, but you are not required to pay the $500 fee.)

[ ]    I am not appearing as an attorney of record in this case. (You will be removed as an attorney of record from the docket.)

[ ]    By order of the court dated _____ in case number _____ (see attached copy), I may appear in this case without applying for admission to practice *pro hac vice*.

[ ]    This case was transferred to this district by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. § 1407 from the _____ District of _____, where it was assigned case number_____. I am counsel of record in this case in the transferee district, and I am permitted by the rules of the JPML to continue to represent my client in this district without applying for admission to practice *pro hac vice* and without the appointment of local counsel.

[ ]    On _____, I was granted permission to appear in this case *pro hac vice* before the Bankruptcy Court, and L.Bankr.R. 8 authorizes the continuation of that representation in this case before the District Court.

[ ]    Other reason: _____

If within 5 business days of the date of this notice you have not filed a *Pro Hac Vice* application or returned this completed notice, as directed above, the judge to whom this case is assigned will be notified and may impose sanctions at that time. You may also be removed as attorney of record from the docket.

                                                                 CLERK, U.S. DISTRICT COURT

Dated: _July 25, 2024_                                By _/s/ *Lori Muraoka*_
                                                                                   Deputy Clerk

G–109 (09/20)               NOTICE OF PRO HAC VICE APPLICATION DUE