WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822
dwiechert@aol.com

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Jonathan S. Sack
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 880-9410
jsack@maglaw.com

*Attorneys for Defendant*
*David Tassillo*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., <br><br> Plaintiff(s), <br><br> vs. <br><br> MindGeek S.A.R.L. et al., <br><br> Defendant(s). | Case No.: 2:24-cv-04791-WLH-ADS <br><br> Honorable Wesley L. Hsu <br><br> **DECLARATION OF JONATHAN S. SACK IN SUPPORT OF HIS PRO HAC VICE APPLICATION; PROPOSED ORDER** |

- 1 -
**DECLARATION OF JONATHAN S. SACK**

# DECLARATION OF JONATHAN S. SACK

JONATHAN S. SACK declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney at the law firm of Morvillo Abramowitz Grand Iason & Anello P.C., a law firm in New York, New York and counsel for Defendant David Tassillo in the above-captioned case.

2. I respectfully submit this declaration in support of my application for admission *pro hac vice*.

3. I am a member in good standing of the Bars of New York and Connecticut. Annexed hereto as **EXHIBIT A** is a true and correct copy of my Certificate of Good Standing from the New York State Appellate Division, Third Judicial Department.

4. On July 25, 2024, I applied for a Certificate of Good Standing from the State of Connecticut but have not yet received it. I have been advised that the processing of my application for a Certificate of Good Standing from Connecticut will take approximately two weeks. I will provide the Connecticut Certificate of Good Standing to this Court promptly after it has been received.

5. I respectfully request admission *pro hac vice* pending receipt of a Certificate of Good Standing from the State of Connecticut.

6. I make this declaration on the 26th day of July, 2024.

                                                */s/ Jonathan S. Sack*
                                                Jonathan S. Sack

**DECLARATION OF JONATHAN S. SACK**

# Exhibit A



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jonathan Scott Sack

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 28, 1987**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on July 25, 2024.

*Robert D. Mayberger*

Clerk of the Court

CertID-00184669



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature: Robert D Mayberger]*

Robert D. Mayberger
Clerk of the Court

Revised January 2022