Name and address:
WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., <br><br> v. <br> Plaintiff(s) <br><br> MindGeek S.A.R.L. et al., <br><br> Defendant(s). | **CASE NUMBER** <br> 2:24-cv-04791-WLH-ADS <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sack, Jonathan S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 880-9410     (212) 856-9494
*Telephone Number*     *Fax Number*

jsack@maglaw.com
*E-Mail Address*

of

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
David Tassillo

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Wiechert, David W.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 94607     (949) 361-2822     (949) 361-5722
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

*E-Mail Address*

of

WIECHERT, MUNK & GOLDSTEIN, PC
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1