Dan Marmalefsky (SBN 95477)
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Tel: 212-892-5809
Fax: 212-892-5454
Email: dmarmalefsky@mofo.com

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.T.<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br>_Plaintiff(s)_ / _Defendant(s)_ | **CASE NUMBER**<br>2:24-cv-04791<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE _PRO HAC VICE_** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case _Pro Hac Vice_ filed by**

White, Ronald G.   of   Walden Macht Haran & Williams LLP
_Applicant's Name (Last Name, First Name & Middle Initial)_   250 Vesey Street, 27th Floor
212-335-2387   212-335-2040   New York, NY 10281
_Telephone Number_   _Fax Number_
rwhite@wmhwlaw.com
_E-Mail Address_   _Firm/Agency Name & Address_

**for permission to appear and participate in this case on behalf of**

Bernd Bergmair

_Name(s) of Party(ies) Represented_   ☐ _Plaintiff(s)_   ☒ _Defendant(s)_   ☐ Other: _____

**and designating as Local Counsel**

Marmalefsky, Dan   of   Morrison & Foerster LLP
_Designee's Name (Last Name, First Name & Middle Initial)_   707 Wilshire Boulevard, Suite 6000
95477   213-892-5809   212-892-5454   Los Angeles, CA 90017
_Designee's Cal. Bar No._   _Telephone Number_   _Fax Number_
dmarmalefsky@mofo.com
_E-Mail Address_   _Firm/Agency Name & Address_

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                                        _____
                                                    U.S. District Judge/U.S. Magistrate Judge