1  Arameh Z. O'Boyle (SBN: 239495)
   azoboyle@mintz.com
2  Esteban Morales (SBN 273948)
   emorales@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   2049 Century Park East, Suite 300
4  Los Angeles, CA 90067
   Telephone:  (310) 586-3200
5  Facsimile:   (310) 586-3202

6  [*Additional Defendants' Counsel continued on next page*]

7  *Attorneys for Defendants MindGeek*
8  *S.à r.l., MG Freesites Ltd, MindGeek USA*
   *Incorporated, MG Premium Ltd, MG*
9  *Global Entertainment Inc., and 9219-*
   *1568 Quebec Inc.*

10

11                 UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13  L.T.,                                    Case No. 2:24-cv-04791-WLH-ADS

14              Plaintiff,

15       v.                                  **JOINT STIPULATION RE
                                             BRIEFING SCHEDULE FOR
16  MINDGEEK S.A.R.L. a foreign entity;      DEFENDANTS' MOTIONS TO
    MG FREESITES LTD, a foreign entity;      DISMISS**
17  MINDGEEK USA INCORPORATED, a
    Delaware corporation; MG PREMIUM         Judge:  Hon. Wesley L. Hsu
18  LTD, a foreign entity; MG GLOBAL
    ENTERTAINMENT INC., a Delaware           Complaint Filed:  June 7, 2024
19  corporation; 9219-1568 QUEBEC, INC.,
    a foreign entity; BERND BERGMAIR, a      Trial Date:       None Set
20  foreign individual; FERAS ANTOON, a
    foreign individual; DAVID TASSILLO,
21  a foreign individual; VISA INC., a
    Delaware corporation; REDWOOD
22  CAPITAL MANAGEMENT, LLC, a
    Delaware limited liability company;
23  REDWOOD DOE FUNDS 1-7;
    COLBECK CAPITAL
24  MANAGEMENT, LLC, a Delaware
    limited liability company; COLBECK
25  DOE FUNDS 1-3,

26              Defendants.

27

28

1

2

*[Additional Defendants' Counsel continued from caption page]*

3

Seth R. Goldman *(pro hac vice app. forthcoming)*
srgoldman@mintz.com

4

MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.

5

919 Third Avenue
New York, NY 10022

6

Telephone: (212) 692-6845
Facsimile: (212) 983-3115

7

Peter A. Biagetti *(pro hac vice app. forthcoming)*
pabiagetti@mintz.com

8

MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.

9

One Financial Center
Boston, MA 02111

10

Telephone: (617) 542-6000
Facsimile: (617) 542-2241

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Visa Inc., Redwood Capital Management, LLC, and Colbeck Capital Management, LLC (collectively, "Defendants") and Plaintiff L.T. ("Plaintiff") (collectively with Defendants, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on June 7, 2024, Plaintiff filed her Complaint (ECF No. 1, hereafter referred to as the "Complaint");

WHEREAS, the Complaint includes 17 causes of action and 458 paragraphs of allegations across 126 pages (*id.*);

WHEREAS, Plaintiff sent waivers to various Defendants and filed these executed waivers with the Court, resulting in the following deadlines for Defendants to answer, move, or otherwise respond to the Complaint:

| **Defendant** | **Days to Add per FRCP 4(d)(3)** | **Date Waiver Sent** | **Resulting Deadline to Answer, Move, or Otherwise Respond** |
|---|---|---|---|
| MindGeek S.à r.l., a foreign entity | 90 | 6/14/2024 | 9/12/2024 |
| MG Freesites Ltd, a foreign entity | 90 | 6/26/2024 | 9/24/2024 |
| MindGeek USA Incorporated, a Delaware corporation | 60 | 6/14/2024 | 8/13/2024 |
| MG Premium Ltd, a foreign entity | 90 | 6/14/2024 | 9/12/2024 |
| MG Global | 60 | 6/14/2024 | 8/13/2024 |

| | | | |
|---|---|---|---|
| Entertainment Inc., a Delaware corporation | | | |
| 9219-1568 Quebec Inc., a foreign entity | 90 | 6/14/2024 | 9/12/2024 |
| Feras Antoon, a foreign individual | 90 | 6/27/2024 | 9/25/2024 |
| David Tassillo, a foreign individual | 90 | 6/27/2024 | 9/25/2024 |
| Visa Inc., a Delaware corporation | 60 | 6/14/2024 | 8/13/2024 |
| Redwood Capital Management, LLC, a Delaware limited liability company | 60 | 6/26/2024 | 8/26/2024 |
| Colbeck Capital Management, LLC, a Delaware limited liability company | 60 | 6/14/2024 | 8/13/2024 |
| Bernd Bergmair, a foreign individual[1] | 90 | 6/14/2024 | 9/12/2024 |

WHEREAS, the Parties agree that given the volume and complexity of the Complaint and the benefits of having a unified briefing schedule for all Defendants, good cause exists for additional time to answer, move, or otherwise respond to the Complaint, and good cause exists to set the subsequent briefing deadlines as follows:

---

[1]  Bernd Bergmair signed and returned a waiver of service to Plaintiff on 7/15/2024, but Plaintiff has yet to file it with the Court.

JOINT STIPULATION RE  BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

| | |
|---|---|
| **October 15, 2024:** | Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the Complaint; |
| **November 22, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **December 13, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |
| **January 10, 2025:** | Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable) |

WHEREAS, the Parties agree that given the volume and complexity of the Complaint, good cause exists to permit Defendants a modest increase in the number of pages for their motion(s), not to exceed a total of 40 pages; and

WHEREAS, the Parties agree that Defendants preserve all objections and defenses to the Complaint, including any objection or defense on the ground of lack of personal jurisdiction;

IT IS THEREFORE STIPULATED AND AGREED that there is good cause for the Court to extend Defendants' deadline to answer, move or otherwise respond to the Complaint and therefore that, subject to the approval of this Court, the subsequent briefing deadlines shall be:

| | |
|---|---|
| **October 15, 2024:** | Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the Complaint; |
| **November 22, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's Answer, Motion, or Response (if and as applicable); |
| **December 13, 2024:** | Each Defendant's Deadline to File Replies (if and as applicable); |
| **January 10, 2025:** | Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable) |

JOINT STIPULATION RE  BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

1     IT IS THEREFORE FURTHER STIPULATED AND AGREED that, subject

2 to the approval of this Court, there is good cause to increase the page limit for each

3 motion in response to the Complaint to 40 pages or less.

4     IT IS THEREFORE FURTHER STIPULATED AND AGREED that

5 Defendants preserve all objections and defenses to the Complaint, including all

6 objections and defenses on the ground of lack of personal jurisdiction.

7     Accordingly, the Parties respectfully request that this Court sign the

8 [Proposed] Order setting forth this amended briefing schedule and page limit

9 increases set forth above.

10     IT IS SO STIPULATED.

11

12 DATED: August 9, 2024     MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO P.C.

13

14     By    */s/ Esteban Morales*

15     Seth R. Goldman (*pro hac vice app. forthcoming*)

16     Peter A. Biagetti (*pro hac vice app. forthcoming*)

17     Arameh Z. O'Boyle

18     Esteban Morales

19     *Attorneys for Defendants MindGeek*

20     *S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG*

21     *Global Entertainment Inc., and 9219-1568*

22     *Quebec Inc.*

23

24

25

26

27

28

DATED:  August 9, 2024          BROWN RUDNICK LLP


                                By_____/s/ Lauren Tabaksblat_____
                                    Michael J. Bowe
                                    Lauren Tabaksblat
                                    *Attorneys for Plaintiff L.T.*


DATED:  August 9, 2024          WEIL, GOTSHAL & MANGES LLP


                                By_____/s/ Drew Tulumello_____
                                    Drew Tulumello
                                    *Attorneys for Defendant Visa Inc.*


DATED:  August 9, 2024          MORVILLO ABRAMOWITZ GRAND
                                IASON & ANELLO PC


                                By_____/s/ Jonathan S. Sack_____
                                    Jonathan S. Sack
                                    *Attorneys for Defendant David Tassillo*


DATED:  August 9, 2024          COHEN & GRESSER LLP


                                By_____/s/ Matthew V. Povolny_____
                                    Matthew V. Povolny
                                    *Attorneys for Defendant Feras Antoon*

7

JOINT STIPULATION RE  BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS

1

2    DATED:  August 9, 2024          WALDEN MACHT HARAN & WILLIAMS

3                                    LLP

4

5                                    By_____/s/ Ronald G. White_____

                                     Ronald G. White
6                                    *Attorneys for Defendant Bernd Bergmair*

7

8    DATED:  August 9, 2024          PAUL HASTINGS LLP

9

10                                   By_____/s/ James M. Pearl_____

                                     James M. Pearl
11                                   Adam M. Reich

12                                   Emma Lanzon

                                     Kiaura Clark
13                                   *Attorneys for Defendant Redwood Capital*

14                                   *Management, LLC*

15

16   DATED:  August 9, 2024          WHITE & CASE LLP

17

18                                   By_____/s/ Kevin C. Adam_____

19                                   David G. Hille

                                     Kevin C. Adam
20                                   Russell J. Gould

21                                   *Attorneys for Defendant Colbeck Capital*

                                     *Management, LLC*
22

23

24

25

26

27

28

1

## **ATTESTATION STATEMENT**

2

3

I, Esteban Morales, the filer of this declaration, attest pursuant to Rule 5-

4

4.3.4(a)(2) of the Local Rules for the United States District Court for the Central

District of California that all other signatories listed, and on whose behalf the filing

5

is submitted, concur in the filing's content and have authorized the filing.

6

7

Dated:  August 9, 2024                                    MINTZ LEVIN COHN FERRIS

8                                                                              GLOVSKY AND POPEO P.C.

9                                                                              */s/ Esteban Morales*

10                                                                            Esteban Morales

11                                                                            *Attorney for Defendants MindGeek*
                                                                                   *S.à r.l., MG Freesites Ltd, MindGeek*
12                                                                            *USA Incorporated, MG Premium Ltd,*
                                                                                   *MG Global Entertainment Inc., and*
13                                                                            *9219-1568 Quebec Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# <u>CERTIFICATE OF SERVICE</u>

2

3
     I, the undersigned counsel of record for Defendants MindGeek S.à r.l., MG

4
Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global

5
Entertainment Inc., and 9219-1568 Quebec Inc., certify that the foregoing

6
instrument was served pursuant to the Federal Rules of Civil Procedure on

7
August 9, 2024 upon all counsel of record via ECF.

8
Dated:  August 9, 2024                          MINTZ LEVIN COHN FERRIS

9
                                                GLOVSKY AND POPEO P.C.

10
                                                */s/ Esteban Morales*

11
                                                Esteban Morales

12
                                                *Attorney for Defendants MindGeek*

13
                                                *S.à r.l., MG Freesites Ltd, MindGeek*
                                                *USA Incorporated, MG Premium Ltd,*

14
                                                *MG Global Entertainment Inc., and*

15
                                                *9219-1568 Quebec Inc.*

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE  BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS