Name and address
WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
27136 Paseo Espada, Suite B1123
San Juan Capistrano, CA 92675

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T.<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br>Plaintiff(s)<br>Defendant(s) | CASE NUMBER<br>2:24-cv-04791-WLH-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Povolny, Matthew V.
*Applicant's Name (Last Name, First Name & Middle Initial*

(212) 957-7600            (212) 957-4514
*Telephone Number*         *Fax Number*

mpovolny@cohengresser.com
*E-Mail Address*

of  Cohen & Gresser LLP
    800 Third Avenue
    New York, New York 10022
    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Feras Antoon

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Wiechert, David W.
*Designee's Name (Last Name, First Name & Middle Initial*

94607            (949) 361-2822    (949) 361-5722
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

dwiechert@aol.com
*E-Mail Address*

of  WIECHERT, MUNK & GOLDSTEIN, PC
    27136 Paseo Espada, Suite B1123
    San Juan Capistrano, CA 92675
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application:
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                        **U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1