NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DREW TULUMELLO (#196484)
drew.tulumello@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: 202 682 7000
Fax: 202 857 0940

ATTORNEY(S) FOR: Visa Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| L.T. | | CASE NUMBER: |
|------|--|--------------|
| | Plaintiff(s), | 2:24-cv-04791-WLH-ADS |
| MINDGEEK S.A.R.L., et al. | | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| | v. | |
| | Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                          Visa Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|-------|----------------------|
| Visa Inc. | Defendant |
| | Pursuant to Federal Rule of Civil Procedure 7.1, Visa Inc. discloses that Visa is a publicly-traded Delaware corporation (NYSE: V). It has no parent corporation, and no publicly-traded company owns 10% or more of its stock. |

10/30/2024
Date

/s/ Drew Tulumello
Signature

Attorney of record for (or name of party appearing in pro per):

Visa Inc.