| | |
|---|---|
| 1 | JAMES M. PEARL (SB# 198481) |
| | jamespearl@paulhastings.com |
| 2 | KIAURA CLARK (SB# 336314) |
| | kiauraclark@paulhastings.com |
| 3 | **PAUL HASTINGS LLP** |
| | 1999 Avenue of The Stars, 27th Floor |
| 4 | Los Angeles, California  90067 |
| | Telephone:  1(310) 620-5700 |
| 5 | Facsimile:  1(310) 620-5899 |
| 6 | ADAM M. REICH (SB# 274235) |
| | adamreich@paulhastings.com |
| 7 | EMMA LANZON (*pro hac vice*) |
| | emmalanzon@paulhastings.com |
| 8 | **PAUL HASTINGS LLP** |
| | 71 South Wacker Drive, 45th Floor |
| 9 | Chicago, Illinois 60606 |
| | Telephone:  1(312) 499-6000 |
| 10 | Facsimile:  1(312) 499-6100 |
| 11 | *[Additional Counsel for Defendant* |
| | *continued on next page]* |
| 12 | |
| | *Attorneys for Defendant,* |
| 13 | *Redwood Capital Management, LLC* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| L.T., | | CASE NO. 2:24-cv-04791-WLH-ADS |
| | Plaintiff, | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1 AND FED. R. CIV. P. 7.1** |
| | vs. | |
| MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, | | Place:    Courtroom 9B<br>Judge:    Hon. Wesley L. Hsu<br><br>Complaint filed: June 7, 2024 |

a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware company, COLBECK DOE FUNDS 1-3,

        Defendants.

DEFENDANT'S NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1

1  *[Additional Counsel for Defendants continued from caption page]*

2  KRISTOPHER M. HANSEN (*pro hac vice*)
krishansen@paulhastings.com
3  **PAUL HASTINGS LLP**
200 Park Avenue
4  New York, New York 10166
Telephone: 1(212) 318-6000
5  Facsimile: 1(212) 752-3310

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF INTERESTED PARTIES PURSUANT TO
LOCAL RULE 7.1-1

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for Defendant Redwood Capital Management, LLC ("Defendant" or "Redwood"), hereby certifies that the following listed parties may have a pecuniary interest in the outcome of this case: (i) MindGeek, S.À.R.L.; (ii) MG Freesites, Ltd.; (iii) MindGeek USA Incorporated; (iv) MG Premium Ltd.; (v) MG Global Entertainment Inc.; (vi) 9219-1568 Quebec, Inc.; (vii) Bernd Bergmair; (viii) Feras Antoon; (ix) David Tassillo; (x) Visa Inc.; (xi) Redwood Capital Management, LLC; (xii) Colbeck Capital Management, LLC; and (xiii) L.T.

Further, under Rule 7.1 of the Federal Rules of Civil Procedure, Redwood certifies there is no publicly held corporation that owns 10% or more of Redwood's stock and Redwood does not have a "parent corporation."

DATED: October 30, 2024          **PAUL HASTINGS LLP**

By: */s/Adam M. Reich*
ADAM M. REICH

*Attorneys for Defendant Redwood Capital Management, LLC*

1
DEFENDANT'S NOTICE OF INTERESTED PARTIES PURSUANT TO
LOCAL RULE 7.1-1