| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| DAN MARMALEFSKY (CA SBN 95477)<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>Telephone: 213.892.5200<br>RONALD G. WHITE (Admitted pro hac vice)<br>250 Vesey Street, 27th Floor<br>New York, NY 10281<br>Telephone: 212.335.2381 | |
| ATTORNEY(S) FOR: Defendant Bernd Bergmair | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| L.T.<br><br>Plaintiff(s),<br>v.<br>MindGeek S.A.R.L., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-04791<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Defendant Bernd Bergmair_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| L.T. | Plaintiff |
| MindGeek S.A.R.L. | Defendant |
| MG Freesites, Ltd. | Defendant |
| MindGeek USA Incorporated | Defendant |
| MG Premium Ltd. | Defendant |
| MG Global Entertainment Inc. | Defendant |
| 9219-1568 Quebec, Inc. | Defendant |
| Bernd Bergmair | Defendant |
| Feras Antoon | Defendant |
| David Tassillo | Defendant |
| Visa Inc. | Defendant |
| Redwood Capital Management, LLC | Defendant |
| Redwood Doe Funds 1-7 | Defendant |
| Colbeck Capital Management, LLC | Defendant |
| Colbeck Doe Funds | Defendant |

November 7, 2024                          /s/ Ronald G. White
Date                                      Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Bernd Bergmair