Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK | Case No. 2:24-cv-04791-WLH-ADS<br><br>**NOTICE OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' SEALING APPLICATIONS RELATED TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINTS IN RELATED ACTIONS**<br><br>Place:  Courtroom 9B<br>Judge:  Hon. Wesley L. Hsu<br><br>Complaint Filed: June 7, 2024 |

1  CAPITAL MANAGEMENT, LLC, a
   Delaware limited liability company;
2  COLBECK DOE FUNDS 1-3,
3          Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF PLAINTIFFS' OMNIBUS OPPOSITION TO DEFENDANTS' SEALING APPLICATIONS
RELATED TO DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINTS

     **PLEASE TAKE NOTICE THAT** pursuant to the Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases entered in this case, in connection with their motions to dismiss filed in *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786 ("*K.A.* Action") and noticed in the Related Actions identified below[1], on October 30, 2024, the MindGeek Defendants filed a Civil Local Rule 79-5.2.2 Application for Leave to File Documents Under Seal (ECF No. 76 in *K.A.* Action), Redwood filed an Application for Leave to File Under Seal Redwood Capital Management, LLC's Omnibus Memorandum of Points and Authorities in Support of Motion to Dismiss Complaints in Related Cases (ECF No. 69 in *K.A.* Action), and Colbeck filed an Application for Leave to File Under Seal Documents in Support of Omnibus Motion to Dismiss (ECF No. 73 in *K.A.* Action) (collectively, "Defendants' Sealing Applications"). On November 7, 2024, Plaintiffs in the Related Actions filed in the *K.A.* Action an Omnibus Opposition to Defendants' Sealing Applications (ECF No. 89).

     Defendants' Sealing Applications should be denied in their entirety because they do not provide the compelling reasons required to justify sealing.

Dated: November 7, 2024        Respectfully submitted,

                                              */s/ Lauren Tabaksblat*
                                              Michael J. Bowe (*pro hac vice*)
                                              mbowe@brownrudnick.com

---

[1] *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786; *N.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04788; *T.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04795; *X.N. v. MindGeek S.A.R.L. et al.*, 24-cv-04800; *N.Y. v. MindGeek S.A.R.L. et al.*, 24-cv-04801; *L.T. v. MindGeek S.A.R.L. et al.*, 24-cv-04791; *J.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04971; *W.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04977; *C.S. v. MindGeek S.A.R.L. et al.*, 24-cv-04992; *S.O. v. MindGeek S.A.R.L. et al.*, 24-cv-04998; *L.S. v. MindGeek S.A.R.L. et al.*, 24-cv-05026; *W.P. v. MindGeek S.A.R.L. et al.*, 24-cv-05185; *A.K. v. MindGeek S.A.R.L. et al.*, 24-cv-05190; and *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-07046.

Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:     212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

**Counsel for Plaintiff**