NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
Jonathan S. Sack (*pro hac vice*)
565 Fifth Avenue
New York, NY 10017
Phone: (212) 856-9494

ATTORNEY(S) FOR: Defendant David Tassillo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T., <br> Plaintiff(s), <br> v. <br> MindGeek S.A.R.L., et al. <br> Defendant(s) | CASE NUMBER: <br> 2:24-cv-04791-WLH-ADS <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Defendant David Tassillo__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| L.T. | Plaintiff |
| MindGeek S.A.R.L. | Defendant |
| MG Freesites, Ltd. | Defendant |
| MindGeek USA Incorporated | Defendant |
| MG Premium Ltd. | Defendant |
| MG Global Entertainment Inc. | Defendant |
| 9219-1568 Quebec, Inc. | Defendant |
| Bernd Bergmair | Defendant |
| Feras Antoon | Defendant |
| David Tassillo | Defendant |
| Visa Inc. | Defendant |
| Redwood Capital Management, LLC | Defendant |
| Redwood Doe Funds 1-7 | Defendant |
| Colbeck Capital Management, LLC | Defendant |
| Colbeck Doe Funds 1-3 | Defendant |

November 7, 2024
Date

/s/ *Jonathan S. Sack*
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant David Tassillo