1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T.,<br><br>    Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>    Defendants. | Case No. 2:24-cv-04791-WLH-ADS<br><br>**ORDER GRANTING JOINT STIPULATION TO REQUEST SUBSTITUTION OF REDWOOD AND COLBECK DOE FUND DEFENDANTS IN PLAINTIFF'S COMPLAINT [81]** |

On December 20, 2024, Plaintiff L.T. ("Plaintiff") and Defendants MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Colbeck Capital Management, LLC, Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") (collectively with Plaintiff, the "Parties") filed a Joint Stipulation to Request Substitution of Redwood and Colbeck Doe Fund Defendants in Plaintiff's Complaint (the "Joint Stipulation").

The Court, having considered the Parties' Joint Stipulation, and finding good cause therefor, hereby GRANTS the Joint Stipulation and ORDERS as follows:

(1) Defendants Redwood Doe Funds 1-7 in the caption and Plaintiff's complaint shall be substituted with Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd; Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC; and

(2) Defendants Colbeck Doe Funds 1-3 in the caption and Plaintiff's complaint shall be substituted with CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC.

IT IS SO ORDERED.

DATED: 1/2/2025        By: _____
                          HON. WESLEY L. HSU
                          UNITED STATES DISTRICT JUDGE