Arameh Z. O'Boyle (SBN 239495)
azoboyle@mintz.com
Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

[*Additional Defendants' Counsel continued on next page*]

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T.,<br><br>       Plaintiff,<br><br>  v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>       Defendants. | Case No. 2:24-cv-04791-WLH-ADS<br><br>**NOTICE OF DEFENDANTS MINDGEEK S.À R.L., MG FREESITES LTD, MG PREMIUM LTD, MINDGEEK USA INCORPORATED, MG GLOBAL ENTERTAINMENT INC., AND 9219-1568 QUEBEC INC.'S OMNIBUS REPLY IN SUPPORT OF OMNIBUS MOTION TO DISMISS**<br><br>Hearing Date: January 31, 2025<br>Time: 1:30 p.m.<br>Ctrm: 9B<br>Judge: Hon. Wesley L. Hsu<br><br>Complaint Filed: June 7, 2024 |

1  [*Additional Defendants' Counsel continued from caption page*]

2  Seth R. Goldman *(pro hac vice app. forthcoming)*
   srgoldman@mintz.com
3  MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO, P.C.
4  919 Third Avenue
   New York, NY 10022
5  Telephone: (212) 692-6845
   Facsimile:  (212) 983-3115

6
   Peter A. Biagetti *(admitted pro hac vice)*
7  pabiagetti@mintz.com
   MINTZ, LEVIN, COHN, FERRIS,
8   GLOVSKY AND POPEO, P.C.
   One Financial Center
9  Boston, MA 02111
   Telephone: (617) 542-6000
10 Facsimile:  (617) 542-2241

NOTICE OF DEFENDANTS' OMNIBUS REPLY IN SUPPORT OF OMNIBUS MOTION TO DISMISS

1  **PLEASE TAKE NOTICE THAT** pursuant to the Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases ("Order") entered in this case, Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively "Defendants") have filed an Omnibus Reply in support of Omnibus Motion to Dismiss in *K.A. v. MindGeek, S.à.r.l., et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("*K.A.*"), which is hereby incorporated in full into this case.

The Omnibus Reply in support of Omnibus Motion to Dismiss responds to the opposition and reiterates arguments and bases to dismiss that are applicable to Plaintiff L.T. ("Plaintiff") in this case, including that this case and claims should be dismissed because:

- The claims are barred by 47 U.S.C. § 230(c);
- The Complaint does not state a claim for violation of federal or state sex-trafficking laws (18 U.S.C. §§ 1591, 1594, 1595 and Cal. Civ. Code § 52.5);
- The Complaint does not state a claim for receipt, transport, or distribution of child pornography (18 U.S.C. §§ 2252, 2252A, 2255);
- The Complaint does not state a claim for the remaining claims, including public disclosure of private facts, intrusion into private affairs, false light, common-law and statutory misappropriation of likeness, Cal. Civ. Code § 1708.85, negligence, Cal. Bus. & Prof. Code §§ 17200 and 17500, civil conspiracy, and intentional infliction of emotional distress; and
- The Court lacks personal jurisdiction over MindGeek S.à r.l, MindGeek USA Incorporated, and MG Global Entertainment.

In response to Plaintiff's Complaint in this case, and in accordance with the Court's Order, Defendants incorporate by reference their arguments from their Omnibus Reply in support of Omnibus Motion to Dismiss filed in *K.A.* as if stated herein in whole and move to dismiss Plaintiff's claims in this case on the same bases

and pursuant to Federal Rule of Civil Procedure 12(b)(2) and (6). Defendants respectfully request that the Court dismiss the Complaint and all claims with prejudice.

Dated: January 8, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Peter A. Biagetti*
Seth R. Goldman *(pro hac vice app. forthcoming)*
Peter A. Biagetti *(admitted pro hac vice)*
Arameh Z. O'Boyle
Esteban Morales Fabila

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.