1   DAN MARMALEFSKY                  RONALD G. WHITE
    (CA SBN 95477)                   (admitted pro hac vice)
2   DMarmalefsky@mofo.com           RWhite@wmhwlaw.com
3   Morrison & Foerster LLP         Walden Macht Haran & Williams LLP
    707 Wilshire Boulevard          250 Vesey Street
4   Los Angeles, California 90017-3543   New York, NY 10281
5   Telephone: 213-892-5200         Telephone: 212-335-2387
    Facsimile: 213-892-5454         Facsimile: 212-335-2040
6
7   Attorneys for Defendant Bernd Bergmair

8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

10

11   L.T.,                              Case No. 2:24-cv-04791

12                    Plaintiff,        **NOTICE OF DEFENDANT
         vs.                            BERND BERGMAIR'S
13   MINDGEEK S.A.R.L., et al.,         REPLY IN SUPPORT OF
                                        MOTION TO DISMISS**
14                    Defendants.

15
16                                      Date: January 31, 2025
                                        Time: 1:30 p.m.
17                                      Courtroom: 9B
                                        Judge: Hon. Wesley L. Hsu
18                                      Complaint Filed: June 7, 2024
                                        Trial Date: None Set
19

20

21

22

23

24

25

26

27

28

NOTICE OF DEFENDANT BERND BERGMAIR'S REPLY IN SUPPORT OF MOTION TO DISMISS

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases ("Order") entered in this case, Defendant Bernd Bergmair filed an Omnibus Reply in Support of the Motion to Dismiss in *K.A. v. MindGeek, S.à.r.l, et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("*K.A.*"), which is hereby incorporated in full in this case.

Dated: January 8, 2025

By: */s/ Ronald G. White*
RONALD G. WHITE
(admitted *pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY 10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair

NOTICE OF DEFENDANT BERND BERGMAIR'S REPLY IN SUPPORT OF MOTION TO DISMISS

1

**CERTIFICATE OF SERVICE**

2          The undersigned, the counsel of record for Bernd Bergmair, certifies that the

3  foregoing instrument was served pursuant to the Federal Rules of Civil Procedure

4  on January 8, 2025 upon all counsel of record via ECF.

5  Dated: January 8, 2025                    Respectfully submitted,

6

7                                            */s/ Ronald G. White*
                                             RONALD G. WHITE
8                                            (admitted *pro hac vice*)
                                             rwhite@wmhwlaw.com
9                                            Walden Macht Haran & Williams LLP
10                                           250 Vesey Street
                                             New York, NY  10281
11                                           Tel: (212) 335-2387
                                             Fax: (212) 335-2040
12

13                                           DAN MARMALEFSKY (CA SBN 95477)
14                                           DMarmalefsky@mofo.com
                                             Morrison & Foerster LLP
15                                           707 Wilshire Boulevard
                                             Los Angeles, California 90017-3543
16                                           Telephone: 213-892-5200
                                             Facsimile: 213-892-5454
17

18

19                                           Attorneys for Defendant Bernd Bergmair

20

21

22

23

24

25

26

27

28

NOTICE OF DEFENDANT BERND BERGMAIR'S REPLY IN SUPPORT OF MOTION TO DISMISS