# The Commonwealth of Massachusetts

## SUPREME JUDICIAL COURT

CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

**ALLISON S. CARTWRIGHT**
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjcstate.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

February 25, 2025

Attorney Kevin Charles Adam
Lindsay Owen
1221 Avenue of the Americ
New York, NY 10020
lowen@whitecase.com

**IN RE:** **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Kevin Charles Adam .** The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Allison S. Cartwright*
Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/jr
Clearance: 02/25/2025 02.24.2025
Enclosures

2025.01_Amended:Version2025.01.01

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Be it remembered, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 26, 2012**, said Court being the highest Court of Record in said Commonwealth:

## Kevin Charles Adam

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-fifth** day of **February** in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County