Russell J. Gould (SBN 313352)
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Tel: (213) 620-7852
Fax: (213) 452-2329
Email: russell.gould@whitecase.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T.<br><br>Plaintiff(s)<br>v.<br>MindGeek S.A.R.L., et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-cv-04791-WLH-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Adam, Kevin C.
*Applicant's Name (Last Name, First Name & Middle Initial*
(617) 979-9321          (617) 979-9301
*Telephone Number*       *Fax Number*
kevin.adam@whitecase.com
*E-Mail Address*

of  White & Case LLP
    75 State Street
    Boston, MA 02109

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC

*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Gould, Russell J.
*Designee's Name (Last Name, First Name & Middle Initial*
313352            (213) 620-7852         (213) 452-2329
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
russell.gould@whitecase.com
*E-Mail Address*

of  White & Case LLP
    555 S. Flower Street, Suite 2700
    Los Angeles, CA 90071-2433

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge