David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice forthcoming*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8357
Facsimile: (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
Julia Kim (SBN 348516)
julia.kim@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone: (213) 620-7700
Facsimile: (213) 452-2329

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| L.T., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.À.R.L., et al., <br><br> Defendants. | Case No. 2:24-cv-04791-WLH-ADS <br><br> Hon. Wesley L. Hsu <br><br> **DEFENDANTS COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; AND CB PARTICIPATIONS SPV, LLC'S NOTICE OF FILING OF OMNIBUS SUPPLEMENTAL BRIEF ON PLAINTIFFS' TVPRA CONSPIRACY CLAIMS IN RELATED CASE** |

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that, pursuant to the Court's Amended Minute
3    Orders on March 18 and 19, 2025, Defendants Colbeck Capital Management, LLC;
4    CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations
5    SPV, LLC (collectively, "CB Defendants") filed in *Fleites v. MindGeek, S.A.R.L., et*
6    *al.*, No. 2:21-cv-04920-WLH-ADS ("*Fleites* Action"), an Omnibus Supplemental
7    Brief on Plaintiffs' TVPRA Conspiracy Claims in Support of the CB Defendants'
8    Omnibus Motion to Dismiss requesting that the Court dismiss with prejudice the
9    Complaints filed by Plaintiffs in the following fifteen actions before the Court
10   ("Actions"), including this action:

11        a. *Fleites* Action (CB Defs.' Mot. Dismiss, ECF No. 444-1);
12        b. *K.A. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04786-WLH-ADS
13           (C.D. Cal. June 7, 2024) (CB Defs.' Omnibus Mot. Dismiss, ECF
14           No. 74-1);
15        c. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS
16           (C.D. Cal. June 7, 2024);
17        d. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS
18           (C.D. Cal. June 7, 2024);
19        e. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS
20           (C.D. Cal. June 7, 2024);
21        f. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS
22           (C.D. Cal. June 7, 2024);
23        g. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS
24           (C.D. Cal. June 7, 2024);
25        h. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS
26           (C.D. Cal. June 12, 2024);
27        i. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS
28           (C.D. Cal. June 13, 2024);

j. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);

k. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);

l. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

m. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);

n. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and

o. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. Aug. 20, 2024).

Dated: March 21, 2025

WHITE & CASE LLP

By: /s/ David G. Hille
David G. Hille

Attorneys for Defendants
COLBECK CAPITAL MANAGEMENT, LLC; CB MEDIA VENTURES DD, LLC; CB AGENCY SERVICES, LLC; and CB PARTICIPATIONS SPV, LLC