# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.T.<br><br>v. Plaintiff(s)<br><br>MindGeek S.A.R.L., et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-cv-04791-WLH-ADS<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [93]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Adam, Kevin C.
*Applicant's Name (Last Name, First Name & Middle Initial*

(617) 979-9321
*Telephone Number*

(617) 979-9301
*Fax Number*

kevin.adam@whitecase.com
*E-Mail Address*

of White & Case LLP
75 State Street
Boston, MA 02109
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Colbeck Capital Management, LLC; CB Media Ventures DD, LLC; CB Agency Services, LLC; and CB Participations SPV, LLC

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Gould, Russell J.
*Designee's Name (Last Name, First Name & Middle Initial*

313352
*Designee's Cal. Bar No.*

(213) 620-7852
*Telephone Number*

(213) 452-2329
*Fax Number*

russell.gould@whitecase.com
*E-Mail Address*

of White & Case LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA 90071-2433
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application:
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: April 11, 2025**

*Wesley L. Hsu, U.S. District Judge*